JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE MARTIN HERNANDEZ CASTANON,<br><br>Petitioner,<br><br>v.<br><br>MARK BOWEN, ETC., ET AL.,<br><br>Respondents. | No. ED CV 26-5362-E<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is granted in part and Respondents are ordered to release Petitioner (A# 075-715-421) from detention immediately, subject to reasonable conditions.

DATED: September 23, 2026.

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE